UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


HENRY JONES

CIVIL ACTION

VERSUS

NUMBER 12-382-FJP-SCR

NATIONWIDE CREDIT, INC.

### NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein.  Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Baton Rouge, Louisiana, January 8, 2013.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


HENRY JONES

CIVIL ACTION

VERSUS

NUMBER 12-382-FJP-SCR

NATIONWIDE CREDIT, INC.


**<u>MAGISTRATE JUDGE'S REPORT</u>**

When a review of the record showed that the defendant had not filed an answer or otherwise made an appearance, and the record did not contain any evidence that the defendant has been served with a summons and a copy of the complaint or had waived service, the plaintiff was ordered to show cause why his complaint should not be dismissed pursuant to Rule 4(m), Fed.R.Civ.P., for failure to serve the defendant within the time allowed by the rule.[1]  Plaintiff was required to file a written response to the show cause order by noon on November 23, 2012.

Plaintiff failed to file any response to the show cause order. A review of the record showed that the defendant has still not filed an answer or otherwise made an appearance, and the record still does not contain any evidence that the defendant has been served with a summons and a copy of the complaint or waived service.   The record   reflects no circumstances which warrant

----

[1] Record document number 5. The Complaint was filed June 27, 2012.

allowing the plaintiff more time to serve the defendant.

## **RECOMMENDATION**

It is the recommendation of the magistrate judge that the plaintiff's complaint be dismissed pursuant to Rule 4(m).

Baton Rouge, Louisiana, January 8, 2013.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE