UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HENRY JONES

VERSUS

NATIONWIDE CREDIT, INC.

CIVIL ACTION

NUMBER 12-382-BAJ-SCR

**RULING AND
ORDER OF DISMISSAL**

The Court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 8, 2013 (doc. no. 6) to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the complaint filed by plaintiff Henry Jones is hereby dismissed pursuant to Rule 4(m).

Baton Rouge, Louisiana, February 27, 2013.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA